IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LENZY L. McCULLOUGH, III                                    PLAINTIFF

v.                        No. 3:15-cv-84-DPM

CAVALRY SPV I, LLC, A New York
Corporation                                                 DEFENDANT

ORDER

Motion, № 8, granted.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

27 May 2015