# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LENZY L. McCULLOUGH, III                                                    PLAINTIFF

v.                              No. 3:15-cv-84-DPM

CAVALRY SPV I, LLC, A New York
Corporation                                                                 DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2015